UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E.M.M., <br><br> *Petitioner,* <br><br> v. <br><br> Judith ALMODOVAR, *et al.*, <br><br> *Respondents.* | Case No. 1:25-cv-9592 |

**ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO PROCEED USING INITIALS ONLY AND TO REDACT PETITIONER'S ALIEN REGISTRATION NUMBER**

Petitioner's motion to proceed in this case using his initials only is GRANTED. The parties are hereby directed to refer to Petitioner by his initials, "E.M.M." or "M.M.," and to redact documents contained in the record in a consistent manner. Additionally, the parties are directed to redact the Petitioner's alien registration number from all documents contained in the record.

**IT IS SO ORDERED.**

Dated: __November 19__, 2025
New York, NY

_____
United States District Judge

**The Clerk of Court is respectfully directed to close ECF No. 3.**

1