**MEMO ENDORSED**

# THE LEGAL AID SOCIETY

Immigration Law Unit
49 Thomas St. 5th Floor
New York, NY 10013
www.legal-aid.org

Perry McAninch
Tel. (646) 988-0809
nmaust@legal-aid.org

Twyla Carter
Attorney-in-Chief
Chief Executive Officer

Adriene L. Holder
Attorney-in-Charge
Civil Practice

Deborah Lee
Attorney-in-Charge
Immigration Law Unit

November 20, 2025

<u>**BY ECF**</u>

Hon. Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    <u>*E.M.M., v. Almodovar et al.*</u>, No. 25 Civ. 9592 (DEH)

Dear Judge Ho:

The Legal Aid Society represents Petitioner E.M.M. in the above-captioned habeas proceeding, and on behalf of both parties, the Petitioner writes to update the Court as to a development in E.M.M.'s custody proceedings before the agency, to request an extension to the deadlines set forth in the Court's November 19, 2025 order (Dkt. No. 5), and to request an adjournment of the conference currently scheduled for Wednesday, November 26, 2025.

As the Court is aware, an immigration judge ("IJ") had granted E.M.M.'s request for release on bond, but the U.S. Department of Homeland Security ("DHS") appealed the decision to the Board of Immigration Appeals ("BIA") and invoked an automatic stay. On November 20, 2025, the BIA sustained DHS's custody appeal, relying on agency precedent in *Matter of Yajure Hurtado*, 29 I&N Dec. 216 (BIA 2025) and concluding that the IJ lacks authority to grant bond to noncitizens present in the United States without admission. *See* Exh. A.

In light of this development, the Petitioner intends to file an amended habeas petition pursuant to the Fed. R. Civ. P. 15(a)(1) today.

The parties have conferred and mutually agreed to extend the Government's time to respond to the petition from November 24 to November 25, 2025. And the parties propose rescheduling the conference from November 26 to one of the following dates: December 1, 2025 before 1pm, December 4, or December 5.

The parties thank the Court for its consideration of these requests.

Respectfully submitted,

/s/ *Natalie Maust*
Natalie Maust
Sayoni Maitra
THE LEGAL AID SOCIETY
49 Thomas Street, 5th Floor
New York, NY 10013
Tel: (646) 988-0809
Email: nmaust@legal-aid.org

*Counsel for Petitioner*

cc:    Assistant U.S. Attorney Mary Ellen Brennan (by ECF and email)

*Counsel for Respondent*

**Application GRANTED.  The parties shall adhere to the briefing schedule set forth herein.  The Conference is ADJOURNED to December 1, 2025 at 12:00 p.m. in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Center Street, New York, New York.**

**The Clerk of Court is respectfully directed to close ECF No. 8.**

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: November 21, 2025
New York, New York