UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E.M.M., <br><br>          Petitioner, <br><br>     v. <br><br> Almodovar, et al., <br><br>          Defendants. | 25-CV-9592 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

For the reasons stated in this Court's Opinion and Order in *Lopez Benitez v. Francis*, --- F. Supp. 3d ---, 2025 WL 2371588 (S.D.N.Y. August 13, 2025) and *J.M.P. v. Arteta*, --- F. Supp. 3d ---, 2025 WL 2984913 (S.D.N.Y. Oct. 23, 2025), and in light of Respondents' concession that these cases would appear to "control the result in this case," *see* ECF No. 16 at 4, it is hereby

**ORDERED** that the Petition is **GRANTED** and that Petitioner be released from custody no later than **today, November 26, 2025**. The conference previously scheduled for December 1, 2025 is cancelled. Respondents shall certify compliance with this Order with a filing on the docket. An opinion will follow.

SO ORDERED.

Dated: November 26, 2025
       New York, New York

_____<br>
DALE E. HO<br>
United States District Judge